IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                  PLAINTIFF

v.                 No. 3:20-cv-198-DPM

ANTHONY CARTER, Doctor, Craighead
County Detention Center; and STEVE
RAYMOND, Nurse, Craighead County
Detention Center                          DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 4*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Barron's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 August 2020