IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEURSLA LASHAY BARRON                                               PLAINTIFF

v.                              No. 3:20-cv-198-DPM

ANTHONY CARTER, Doctor, Craighead
County Detention Center; and STEVE
RAYMOND, Nurse, Craighead County
Detention Center                                                   DEFENDANTS

## JUDGMENT

Barron's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 August 2020